UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELIZABETH WALTER,

        Plaintiff,

                              Case No. 8:09-cv-1929-RAL-MAP

v.

FOCUS RECEIVABLES MANAGEMENT, LLC,

        Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

      Defendant, Focus Receivables Management, LLC, by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                              Respectfully submitted,

                              /s/ Dayle M. Van Hoose
                              Dayle M. Van Hoose, Esq.
                              Florida Bar No.: 0016277
                              Kenneth C. Grace, Esq.
                              Florida Bar No.: 0658464
                              SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
                              9009 Corporate Lake Drive, Suite 300-S
                              Tampa, Florida 33634
                              Telephone:   (813) 890-2463
                              Facsimile:    (813) 889-9757
                              dvanhoose@sessions-law.biz
                              kgrace@sessions-law.biz

>Attorneys for Defendant,
>Focus Receivables Management, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of November 2009 a copy of the foregoing was served electronically via CM/ECF on the following:

>G. Donald Golden, Esq.
>James W. Elliott, Esq.
>Joseph B. Battaglia, Esq.
>The Golden Law Group
>213 N. Parsons Avenue
>Brandon, FL 33510

>/s/ Dayle M. Van Hoose
>Attorney

N:\Focus Receivables (9476)\Walter, Elizabeth (9476-09-25334)\Pleadings\Notice of Pending Settlement.doc