UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELIZABETH WALTER,

    Plaintiff,

v.                                                  CASE NO:  8:09-cv-1929-T-26MAP

FOCUS RECEIVABLES MANAGEMENT, LLC,

    Defendant.
_____/

**O R D E R**

The Court has been advised by **the Notice of Pending Settlement (Dkt. 7)** that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  Any pending motions are **denied** as moot and the Clerk is **directed** to close the file.

**DONE AND ORDERED** at Tampa, Florida, on November 20, 2009.

                                                  s/*Richard A. Lazzara*
                                                  **RICHARD A. LAZZARA**
                                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:

Counsel of Record